ClientCaseID:

Law Firm ID:    WHITFIEL


*177144A*

CaseReturnDate:   3/20/08

Affidavit of  Special Process Server

## UNITED STATES DISTRICT COURT

Case Number 08C471

I, LARRY E. BIELA

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS AND PETITION

ON THE WITHIN NAMED  DEFENDANT  A AND E CONTRACTING INC

PERSON SERVED  ADAM FIALA

BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 3/2/08

UNCOOPERATIVE. I OBSERVED SUBJECT INSIDE OF HOUSE HE REFUSED TO COME TO DOOR, I ADVISED OF SERVICE AND POSTED TO THEFRONT DOOR, I DROVE DOWN THE STREET AND SUBJECT REMOVED THE PAPERS FROM HE FRONT DOOR

That the sex, race and approximate age of the person whom I left the   SUMMONS AND PETITION
are as follow:

**Sex**   MALE    **Race**   WHITE    **Age**   35

**Height**   6'0    **Build**   MEDIUM    **Hair**   BROWN

LOCATION OF SERVICE   **1420   MIDDLEBURY DRIVE**
**AURORA, IL, 60504**

Date Of Service    **3/2/08**

Time of Service    **10:12 AM**

LARRY E. BIELA                                    3/4/2008

**Special Process Server**

P.E.R.C.#129-215788

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.