# EXHIBIT B

Case 1:08-cv-00471   Document 7-3   Filed 03/31/2008   Page 1 of 2

| Form **BCA-5.25** (Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT | File # 6554-7538 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-524-6748<br>www.cyberdriveillinois.com | This space for use by Secretary of State.<br><br>**FILED**<br>FEB 2 6 2008<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br><br>Date:<br><br>Filing Fee: $10<br><br>Approved: |
| Remit payment in check or money order payable to Secretary of State. | | |

1. Title and Number of Case:

   Trustees of the Chicago Regional Council  first named plaintiff
   v.
   A&E Contracting, Inc.  first named defendant

   Number  08 C 471

2. Name of corporation being served: A & E Contracting, Inc.
3. Title of court in which an action, suit or proceeding has been commenced: U.S. District Court
4. Title of instrument being served: Summons and Complaint
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____, _____; the conditions
              Month & Day              Year
      of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____, _____.
                     Month & Day              Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: c/o Adam V. Fiala, Reg. Agent, 1420 Middlebury Dr., Aurora, IL 60504

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _____    February 19          2008
   Signature of Affiant              Month & Day          Year

   ( 312 ) 251-9700
   Telephone Number

**Return to (please type or print clearly):**

Amy Elizabeth Paluch Epton
Name
111 E. Wacker Dr., Suite 2600
Street
Chicago,  IL  60601
City/Town  State  ZIP

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10