# EXHIBIT C

**DONALD J. PETERSEN**
LABOR ARBITRATOR
21 MONTANA DEL SOL
PLACITAS, NM 87043

(505) 771-8580
FAX (505) 771-9288

January 7, 2008

Amy Epton, Esq.
Whitfield, McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, Il. 60601

    Via facsimile

    Re: A&E Contracting, Inc. and Chicago Regional Council of Carpenters
        [Agreed Motion for Entry of an Arbitration Award]

Dear Ms. Epton:

As you know an Agreed Motion for the Entry of an Arbitration Award was entered into with you representing the Carpenters and Mr. Vito LoVerde representing the Employer, in November of 2007. I concurred with the terms of the parties' agreement.

The agreed upon award included payments for wages and benefits owed to several Carpenter members. These member included: David Bachman, $1,208.64 [wages]; Larry Carroll, $1,208.64 [wages]; Gary Conner, $2,794.98 [wages]; Lawrence Noga, $270.05 [wages]; and Eric Stolfa, $441.90 [wages]. Benefit compensation owed to these members are as follows: David Bachman, $528.00; Larry Carroll, $528.00; Gary Conner, $1,221.00; Lawrence Noga, $181.50; and Eric Stolfa, $297.00.

Sincerely,

*[signature]*

Donald J. Petersen
Labor Arbitrator