IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>A&E CONTRACTING, INC.,<br><br>　　　　　Defendants. | Case No. 08 C 471<br><br>Judge Lindberg<br><br>Magistrate Judge Ashman |

## NOTICE OF MOTION

To:   A&E Contracting, Inc.
      c/o Adam Fiala, Registered Agent
      1420 Middlebury Dr.
      Aurora, IL  60504

   PLEASE TAKE NOTICE that on **Wednesday, April 9, 2008** I shall appear before the Honorable Judge Lindberg at approximately **9:30 a.m**. in Courtroom 1425 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my *Motion for Default*, a copy of which has been sent to you via U.S. Mail.

   　　　　　　　　　　　　　　　　TRUSTEES of the CHICAGO REGIONAL COUNCIL
   　　　　　　　　　　　　　　　　OF CARPENTERS PENSION FUND, et al.

   　　　　　　　　　　　　　　　　/s/  Amy Elizabeth Paluch Epton

## CERTIFICATE OF SERVICE

   I, Amy Elizabeth Paluch Epton, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on March 31, 2008.

   　　　　　　　　　　　　　　　　/s/  Amy Elizabeth Paluch Epton

Attorney for Plaintiffs
Amy Elizabeth Paluch Epton (6278817)
Terrance B. McGann (6199967)
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701