UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Chicago Regional Council of Carpenters, United
Brotherhood of Carpenters and Joiners of America

                                         Plaintiff,

v.                                       Case No.: 1:08−cv−00471
                                         Honorable George W. Lindberg

AE Contracting, Inc.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2008:

MINUTE entry before Judge Honorable George W. Lindberg:IT IS HEREBY ORDERED, ADJUDGED and DECREED that Judgment is entered on behalf of the Plaintiff and against the Defendant, A & E Contracting, Inc., and that this Honorable Court confirms the Final Award issued by Arbitrator Donald J. Petersen on January 7, 2008.Further, this Honorable Court awards the Plaintiff $8,679.71. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.