IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICGO REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>A&E CONTRACTING, INC.,<br><br>　　　　　　　　Defendants. | Case No. 08 C 471<br><br>Judge Lindberg<br><br>Magistrate Judge Ashman |

## PROPOSED ORDER

WHEREAS, the Plaintiff filed its Petition For Enforcement of Arbitration Award on January 22, 2008 against the Defendant and the Defendant was properly served with copies of Complaint and Summons; and

WHEREAS, the Defendant has failed to appear, answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiff and for good cause shown, a default judgment is hereby entered against the Defendants in accordance with the prayer of the Petition in the above-styled action; and

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Judgment is entered on behalf of the Plaintiff and against the Defendant, A & E Contracting, Inc., and that this Honorable Court confirms the Final Award issued by Arbitrator Donald J. Petersen on January 7, 2008.

Further, this Honorable Court awards the Plaintiff **$8,679.71**, representing the following amounts:

The Final Award in the amount of $8,679.71 for wages and benefits to:

| Union Member | Wages | Benefits |
| --- | --- | --- |
| David Bachman | $1,208.64 | $ 528.00 |
| Larry Carroll | $1,208.64 | $ 528.00 |
| Gary Conner | $2,794.98 | $1,221.00 |
| Lawrence Noga | $ 270.05 | $ 181.50 |
| Eric Stolfa | $ 441.90 | $ 297.00 |

ENTERED:

_____
The Honorable Judge George Lindberg

Dated: April 30, 2008


Prepared by Amy Elizabeth Paluch Epton
Whitfield McGann & Ketterman
Attorneys for Petitioner
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700  Fax (312) 251-9701