IN THE DISTRICT COURT OF THE NORTHERN DISTRICT
CHICAGO, ILLINOIS

08c471

Case No.    08C471
Hearing Date    5/20/08

Interrogatory - At the time of service of the garnishment summons, did you have in your custody or control any personal property or monies belonging to the judgment debtor? Answer: NO (yes or no)

### ANSWER

I, LESLEY WILLIAMS, certify under penalty of perjury that with regard to the property of the judgment debtor, the Garnishee/Respondent files the following answers to this Garnishment and on the day of Service of the Garnishment Summons had possession of the following property of the judgment debtor.

Check one or more of the following and indicate the amount held:

A) Savings Account $

B) Checking and/or Now Account $

C) Certificate of Deposit $

D) Money Market Account (Amount held) $_____

E) Trust Account (Amount held) $_____

F) Safety Deposit Box $ _____

G) No Accounts_____

H) Adverse Claimant: Name    Address

I) Wages, Salary or Commissions_____

J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

FILED
MAY 12 2008
May 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sub-Total :$0.00

Less right of offset for other loans
Less deduction for fees limited by
205 ILCS 5/48.1 _____

Total :$0.00
According to the business records kept by the Citation Respondent, we show the above information to be correct.

Agent for Citation Respondent

Monday, May 05, 2008
Date

COAL-05May08-442

Page 1 of 2

Respondent/ Agent
Business Name : JPMorgan Chase Bank, N.A.
Address: 451 Florida Street P.O. Box 260164 Baton Rouge, LA 70826
Phone : (225) 332-7250
Fax : (225) 332-7274

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF CARPENTERS, )
UNITED BROTHERHOOD OF CARPENTERS AND )
JOINERS OF AMERICA, )
                                                               )    Case No. 08 C 471
            Plaintiffs,            )
                                   )    Judge Lindberg
vs.                                 )
                                   )    Magistrate Judge Ashman
A&E CONTRACTING, INC.,            )
                                   )
           Defendants.           )

## CITATION NOTICE

**Judgment Debtor's last known address:**     **Judgment Creditor/Creditor's Attorney:**

| | | | |
|---|---|---|---|
| Name: | A&E Contracting, Inc. | Name: | Amy Elizabeth Paluch Epton |
| Address: | 1420 Middlebury Dr. | Address: | Whitfield McGann & Ketterman |
| | Aurora, IL 60504 | | 111 East Wacker Drive, Suite 2600 |
| | | | Chicago, IL 60601 |

*Judgment in the amount of:*    $8,679.71 on April 30, 2008
*Name of person receiving citation:*    Chase Bank
                              Attn: Legal Processing
                              111 Monument Circle
                              Indianapolis, IN 46277
                              May 20, 2008 at 10:00 a.m.
*Location of Citation:*    111 East Wacker Drive, Suite 2600, Chicago, IL 60601

     NOTICE:      The Court has issued a citation against the person named above. The citation directs that person to appear at the Law Office of Whitfield McGann & Ketterman to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The Citation was issued on the basis of a judgment entered against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the citation date, the court may compel the application of any discovered income or assets toward payment on the judgment.

     The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.