08c471

IN THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT
CHICAGO, ILLINOIS

Case No. : 08C471
Hearing Date : 05/20/20008

### THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

JPMorgan Chase Bank, N.A. ("JPMC"), certifies under penalty of perjury that with regard to the property of the judgment (Citation Respondent) debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Check one or more of the following and indicate the amount held:

A) Savings Account
B) Checking and/or Now Account
C) Certificate of Deposit
D) Money Market Account (Amount held) $
E) Trust Account (Amount held) $
F) Safety Deposit Box $
G) No Accounts
H) Adverse Claimant :

    Name :

**FILED**
JN MAY 1 2 2008
May 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Address : NO RECORDS

I) Wages, Salary or Commissions

J) Other Personal Property (Describe)

Attach a sheet for any additional information required by the Citation

Less right of offset for other loans :     $
Less deduction for fees limited by 205 ILCS 5/48.1 :   $

Sub-Total : $ 0.00

Total : $

According to the business records kept by the Citation Respondent, we show the above information to be correct.

    Agent for Citation Respondent

5 6 8
Date

Respondent/Agent
Business Name : JPMorgan Chase Bank, N.A.
Address : 451 Florida Street P.O. Box 260164 Baton Rouge, LA 70826
Phone : (225) 332-7250
Fax : (225) 332-7274

MAY 05 2008 11:31 FR NSP         3177577421 TO 912253323126        P.02/08

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, <br><br>         Plaintiffs, <br><br> vs. <br><br> A&E CONTRACTING, INC. <br><br>         Defendants. | Case No. 08 C 471 <br><br> Judge Lindberg <br><br> Magistrate Judge Ashman |

### CITATION NOTICE

**Judgment Debtor's last known address:**
Name:    A&E Contracting, Inc.
Address: 1420 Middlebury Dr
         Aurora, IL 60504

**Judgment Creditor/Creditor's Attorney:**
Name:    Amy Elizabeth Paluch Epton
Address: Whitfield McGann & Ketterman
         111 East Wacker Drive, Suite 2600
         Chicago, IL 60601

*Judgment in the amount of:* $8,679.71 on April 30, 2008
*Name of person receiving citation:* Chase Bank
Attn: Legal Processing
111 Monument Circle
Indianapolis, IN 46277
May 20, 2008 at 10:00 a.m.

*Location of Citation:* 111 East Wacker Drive, Suite 2600, Chicago, IL 60601

NOTICE:    The Court has issued a citation against the person named above. The citation directs that person to appear at the Law Office of Whitfield McGann & Ketterman to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The Citation was issued on the basis of a judgment entered against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the citation date, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE